**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Edward N. Murray  &  Regina M. Murray, aka Gina Murray, aka Virginia Murray  Debtor(s) | CHAPTER 13  BKY. NO. 17-15558 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for Wells Fargo Bank, National Association as Trustee for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ Matteo S. Weiner, Esquire**
                            Matteo S. Weiner, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322 FAX (215) 627-7734