United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15558-sr
Edward N. Murray                                                    Chapter 13
Regina M. Murray
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Aug 30, 2017
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
db/jdb          +Edward N. Murray,    Regina M. Murray,    234 Morris Avenue,    Woodyn, PA 19094-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOHN G. GRAY    on behalf of Debtor Edward N. Murray esqjgray@aol.com
        JOHN G. GRAY    on behalf of Joint Debtor Regina M. Murray esqjgray@aol.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   Wells Fargo Bank,National Association as Trustee for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
  Edward & Regina Murray

: NO. 17-15558-sr

**ORDER GRANTING EXTENSION OF TIME**

    AND NOW, this ____ day of _____, 2017, upon consideration of the Debtors' Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income, it is hereby ORDERED that the debtors' Application is Granted. The Debtors shall have until September 18, 2017 to file their Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income.

BY THE COURT:

**Dated: August 30, 2017**

_Stephen Raslavich_
**STEPHEN RASLAVICH**
United States Bankruptcy Judge