## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : CHAPTER 13
   Edward & Regina Murray

                                     : NO. 17-15558-sr

## CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTION
## TO EXTEND THE STAY BEYOND 30 DAYS

JOHN G. GRAY, ESQUIRE, counsel for Debtors, Edward and Regina Murray,  hereby certifies as follows:

1.  That  true and correct copies of Debtors' Motion to Extend the Stay Beyond 30 Days and Notice of Motion, Response Deadline and Notice of Hearing were served on the  Chapter 13 Trustee and all creditors and parties in interest  by regular mail, postage prepaid, on August 15, 2017.

2. That 20 days has passed since the date of service, No Objections, Answer or Responsive Pleadings have been filed or served on Debtors' counsel.

**WHEREFORE,** the Debtors, Edward & Regina Murray, pray that this Honorable Court enter an Order Extending the Automatic Stay for the Duration of the case.

                                    */s/ John G. Gray*
                                    JOHN G. GRAY, ESQUIRE

DATE: 9/11/2017