IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Edward & Regina Murray

: NO. 17-15558-sr

ORDER

AND NOW, upon consideration of the Debtors' Motion to Extend the Stay, and sufficient cause being shown, it is hereby:

ORDERED, that the automatic stay under 362(a), shall continue as to all property of the bankruptcy estate for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under 362 (c) (1) or 362 ( c) (2), or a motion filed under 362(d) is granted

Dated: September 14, 2017

_____
Stephen Raslavich
United States Bankruptcy Judge

Copies to:

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
PO Box 4010
Reading, PA 19606

John G. Gray, Esquire
PO Box 339
Lima, PA 19037

All Interested Parties