United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15558-sr
Edward N. Murray                                                        Chapter 13
Regina M. Murray
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Sep 14, 2017
                             Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db/jdb          +Edward N. Murray,    Regina M. Murray,    234 Morris Avenue,    Woodyn, PA 19094-1317
13968483        +Edward N. Murray,    234 Morris Avenue,    Woodlyn, PA 19094-1317
13968482        +John G. Gray,    John G. Gray, Esquire,    PO Box 339,    Lima, PA 19037-0339
13968484        +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Sep 15 2017 04:01:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2017 04:01:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2017 04:01:44    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOHN G. GRAY    on behalf of Debtor Edward N. Murray esqjgray@aol.com
              JOHN G. GRAY    on behalf of Joint Debtor Regina M. Murray esqjgray@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee
               for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                : CHAPTER 13
  Edward & Regina Murray

                                            : NO. 17-15558-sr

## ORDER

AND NOW,  upon consideration of the Debtors' Motion to Extend the Stay, and

sufficient cause being shown,  it is hereby:

ORDERED,  that the automatic stay under 362(a), shall continue  as to all property of

the bankruptcy estate for the duration of this chapter 13 proceeding, or until such time as the stay

is terminated under 362 (c) (1) or 362 ( c) (2), or a motion filed under 362(d) is granted

**Dated: September 14, 2017**

_____
  **Stephen Raslavich**
  United States Bankruptcy Judge

Copies to:

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
PO Box 4010
Reading, PA 19606

John G. Gray, Esquire
PO Box 339
Lima, PA 19037

All Interested Parties