## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    : **CHAPTER 13**
  **Edward & Regina Murray**

                                                    : **NO. 17-15558-sr**

### ORDER GRANTING  EXTENSION OF TIME

      AND NOW, this _____ day of _____, 2017, upon consideration of the Debtors'
Second Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and
Statement of Current Monthly Income, it is hereby ORDERED that the debtors' Application is
Granted.  The Debtors shall have until September 28, 2017 to file their Schedules, Statement of
Affairs,  Plan and Statement of Current Monthly Income. No further extensions will be granted.


**Dated: September 20, 2017**

_____
**STEPHEN RASLAVICH**
 United States Bankruptcy Judge