United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15558-sr
Edward N. Murray                                                          Chapter 13
Regina M. Murray
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia             Page 1 of 1             Date Rcvd: Sep 20, 2017
                                Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db/jdb         +Edward N. Murray,   Regina M. Murray,   234 Morris Avenue,   Woodyn, PA 19094-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN G. GRAY    on behalf of Debtor Edward N. Murray esqjgray@aol.com
              JOHN G. GRAY    on behalf of Joint Debtor Regina M. Murray esqjgray@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee
               for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Edward & Regina Murray** | |
| | **: NO. 17-15558-sr** |

**ORDER GRANTING EXTENSION OF TIME**

AND NOW, this _____ day of _____, 2017, upon consideration of the Debtors' Second Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income, it is hereby ORDERED that the debtors' Application is Granted. The Debtors shall have until September 28, 2017 to file their Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income. No further extensions will be granted.

**Dated: September 20, 2017**

_____
**STEPHEN RASLAVICH**
United States Bankruptcy Judge