IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: EDWARD N. MURRAY | ) | |
| REGINA M. MURRAY | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | Case No.: 17-15558 (JKF) |
| d/b/a WELLS FARGO DEALER SERVICES | ) | |
| **Moving Party** | ) | Hearing Date: 1-3-18 at 9:30 AM |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| EDWARD N. MURRAY | ) | |
| REGINA M. MURRAY | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| FREDERICK L. REIGLE | ) | |
| **Trustee** | | |

**ORDER LIFTING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted, pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3), as to movant with resspect to the personal property described as a **2013 Hyundai Sonata** bearing vehicle identification number 5NPEB44AC2DH547327.

Date: January 10, 2018

_____
UNITED STATES BANKRUPTCY JUDGE