United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-15558-jkf
Edward N. Murray                                                       Chapter 13
Regina M. Murray
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1           Date Rcvd: Jan 10, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
db/jdb          +Edward N. Murray,   Regina M. Murray,   234 Morris Avenue,   Woodyn, PA 19094-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    JOHN G. GRAY    on behalf of Debtor Edward N. Murray esqjgray@aol.com
    JOHN G. GRAY    on behalf of Joint Debtor Regina M. Murray esqjgray@aol.com
    MATTEO SAMUEL WEINER    on behalf of Creditor   Wells Fargo Bank,National Association as Trustee
    for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
    Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: EDWARD N. MURRAY | ) | |
| REGINA M. MURRAY | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | Case No.: 17-15558 (JKF) |
| d/b/a WELLS FARGO DEALER SERVICES | ) | |
| **Moving Party** | ) | Hearing Date: 1-3-18 at 9:30 AM |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| EDWARD N. MURRAY | ) | |
| REGINA M. MURRAY | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| FREDERICK L. REIGLE | ) | |
| **Trustee** | | |

### ORDER LIFTING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted, pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3), as to movant with resspect to the personal property described as a **2013 Hyundai Sonata** bearing vehicle identification number 5NPEB44AC2DH547327.

Date: January 10, 2018

_____
UNITED STATES BANKRUPTCY JUDGE