**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : CHAPTER 13
    **Edward & Regina Murray**

                                : NO. 17-15558-jkf

**CERTIFICATION OF NO OBJECTION TO**
**DEBTOR'S APPLICATION FOR FINAL COMPENSATION**

John G. Gray, Esquire, counsel for debtors, hereby certifies as follows:

1. That true and correct copies of the Application for Final Compensation and Notice were served on the Trustee and all creditors on the attached list by regular mail, postage prepaid, on January 4, 2018.

2. That twenty (20) days have expired since said creditors were notified and no answer or objection to debtor's Application has been filed on their behalf.

                                                  */s/ John G. Gray*
                                                  John G. Gray, Esquire
                                                  Attorney for Debtor

DATE:  1/29/2018