IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: EDWARD N. MURRAY ) | |
|     REGINA M. MURRAY ) | |
|     **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| WELLS FARGO BANK, N.A. ) | Case No.: 17-15558 (JKF) |
| d/b/a WELLS FARGO DEALER SERVICES ) | |
|     **Moving Party** ) | Hearing Date: 1-3-18 at 9:30 AM |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| EDWARD N. MURRAY ) | |
| REGINA M. MURRAY ) | |
|     **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
|     **Trustee** | |

### (AMENDED) ORDER LIFTING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted ~~pursuant to the authority granted in Fed.R.Bankr.P. Rule 4001(a)(3)~~ to permit the movant to pursue the movant's rights in the personal property described as a **2013 Hyundai Sonata** bearing vehicle identification number 5NPEB4AC2DH547327 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.  Rule 4001(a)(3) does not apply to this proceeding.

Date: February 27, 2018

*/s/ Jean K. FitzSimon*
_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon