United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 17-15558-jkf
Edward N. Murray                                                                                    Chapter 13
Regina M. Murray
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia              Page 1 of 1              Date Rcvd: Feb 28, 2018
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.
db/jdb         +Edward N. Murray,    Regina M. Murray,    234 Morris Avenue,    Woodyn, PA 19094-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        JOHN G. GRAY    on behalf of Debtor Edward N. Murray esqjgray@aol.com
        JOHN G. GRAY    on behalf of Joint Debtor Regina M. Murray esqjgray@aol.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
      SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee
      for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
      Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: EDWARD N. MURRAY ) | |
| REGINA M. MURRAY ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| WELLS FARGO BANK, N.A. ) | Case No.: 17-15558 (JKF) |
| d/b/a WELLS FARGO DEALER SERVICES ) | |
| **Moving Party** ) | Hearing Date: 1-3-18 at 9:30 AM |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| EDWARD N. MURRAY ) | |
| REGINA M. MURRAY ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** | |

**(AMENDED) ORDER LIFTING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted ~~pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3)~~ to permit the movant to pursue the movant's rights in the personal property described as a **2013 Hyundai Sonata** bearing vehicle identification number 5NPEB4AC2DH547327 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.   Rule 4001(a)(3) does not apply to this proceeding.

Date:  February 27, 2018

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon