**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    :Chapter 13
    Edward & Regina Murray

                                     :Case No. 17-15558-jkf

**Addendum to Debtor's 3rd Amended**
**Chapter 13 Plan filed on June 12, 2018**

In addition to the payments described in Part 2(a)(1) of the debtors' 3rd Amended the plan. The Debtors will make one additional payment of $732.18 during the term of the plan.

/s/John G. Gray
    John G. Gray, Esquire
    Attorney for Debtors