# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    : CHAPTER 13
    Edward & Regina Murray

                                                              : NO. 17-15558

## CERTIFICATION OF NO OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION

    JOHN G. GRAY, ESQUIRE, counsel for Debtors, Edward & Regina Murray hereby certifies as follows:

    1. That true and correct copies of Debtors' Motion to Modify Chapter 13 Plan Post Confirmation and Notice of Motion, Response Deadline and Notice of Hearing were served on the Chapter 13 Trustee and all creditors and parties in interest electronically or by regular mail, postage prepaid, on June 13, 2018.

    2. That 20 days has passed since the date of service, No Objections, Answer or Responsive Pleadings have been filed or served on Debtors's counsel.

    **WHEREFORE,** the Debtors, Edward & Regina Murray, pray that this Honorable Court enter an Order Granting Debtors' Motion to Modify Chapter 13 Plan Post Confirmation.

                                                    */s/ John G. Gray*
                                                    JOHN G. GRAY, ESQUIRE

DATE: 7/16/2018