IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edward & Regina Murray

: CHAPTER 13

: NO.  17-15558-jkf

ORDER  MODIFYING
PLAN  AFTER CONFIRMATION

AND NOW, this      day of         , 2018, upon consideration of the Debtors' Motion to modified their Chapter 13 Plan, and it appearing to the Court that the request therein is reasonable, and there having been no objections been filed, it is hereby Ordered and Decreed that the 3rd Amended Plan is Approved.

**Date: July 18, 2018**

_____
Jean K. FitzSimon
United States Bankruptcy Judge