United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward N. Murray  
Regina M. Murray  
    Debtors

Case No. 17-15558-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW       Page 1 of 1       Date Rcvd: Jul 18, 2018  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.  
db          +Edward N. Murray,   234 Morris Avenue,   Woodyn, PA 19094-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOHN G. GRAY   on behalf of Debtor Edward N. Murray esqjgray@aol.com  
         JOHN G. GRAY   on behalf of Joint Debtor Regina M. Murray esqjgray@aol.com  
         KEVIN G. MCDONALD   on behalf of Creditor   Wells Fargo Bank,National Association as Trustee for  
          SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER   on behalf of Creditor   Wells Fargo Bank,National Association as Trustee  
          for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com  
         POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM EDWARD CRAIG   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  
          Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edward & Regina Murray

: CHAPTER 13

: NO. 17-15558-jkf

## ORDER MODIFYING
## PLAN AFTER CONFIRMATION

AND NOW, this _____ day of _____, 2018, upon consideration of the Debtors' Motion to modified their Chapter 13 Plan, and it appearing to the Court that the request therein is reasonable, and there having been no objections been filed, it is hereby Ordered and Decreed that the 3rd Amended Plan is Approved.

**Date: July 18, 2018**

Jean K. FitzSimon
United States Bankruptcy Judge