IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edward & Regina Murray

: CHAPTER 13

: NO.  17-15558-jkf

ORDER ABATING ARREARS AND MODIFYING
PLAN  AFTER CONFIRMATION

AND NOW, this      day of          , 2019, upon consideration of the Debtors' Motion to abate and modified their Chapter 13 Plan, and it appearing to the Court that the request therein is reasonable, and there having been no objections been filed, it is hereby Ordered and Decreed that the 4th Amended Plan is Approved.

**Date: April 3, 2019**

Jean K. FitzSimon
United States Bankruptcy Judge