# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Regina M. Murray aka Gina Murray, aka Virginia Murray<br>Edward N. Murray<br>        Debtors | Chapter 13 |
| Wells Fargo Bank, National Association as Trustee for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1<br>v.<br>Regina M. Murray aka Gina Murray, aka Virginia Murray<br>Edward N. Murray    Debtors<br>and<br>Scott Waterman Esq.<br>        Trustee | NO. 17-15558 JKF |

## ORDER

AND NOW, this 7th day of August, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 21, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wells Fargo Bank, National Association as Trustee for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 234 Morris Street Woodlyn, PA 19094.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Regina M. Murray aka Gina Murray, aka Virginia Murray
234 Morris Avenue
Woodlyn, PA 19094

Edward N. Murray
234 Morris Avenue
Woodlyn, PA 19094

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

John G. Gray Esq.
P.O. Box 339 (VIA ECF)
Lima, PA 19037

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532