United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-15558-jkf
Edward N. Murray                                                Chapter 13
Regina M. Murray
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia            Page 1 of 1            Date Rcvd: Nov 06, 2019
                             Form ID: pdf900           Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
```
db/jdb         +Edward N. Murray,   Regina M. Murray,   234 Morris Avenue,   Woodyn, PA 19094-1317
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd,
                 Winterville, NC 28590-8872
13968483       +Edward N. Murray,   234 Morris Avenue,   Woodlyn, PA 19094-1317
13968482       +John G. Gray,   John G. Gray, Esquire,   PO Box 339,   Lima, PA 19037-0339
13990149       +Wells Fargo Bank,   PO Box 19657,   Irvine, CA 92623-9657
13986588        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,   Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:53:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14021882        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 03:50:03
                 LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
13968484       +E-mail/Text: jennifer.chacon@spservicing.com Nov 07 2019 03:54:37
                 Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13990147*      +Edward N. Murray,   234 Morris Avenue,   Woodlyn, PA 19094-1317
13990146*      +John G. Gray,   John G. Gray, Esquire,   PO Box 339,   Lima, PA 19037-0339
13990148*      +Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
14045564*       Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                      TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
```
              JOHN G. GRAY    on behalf of Debtor Edward N. Murray esqjgray@aol.com
              JOHN G. GRAY    on behalf of Joint Debtor Regina M. Murray esqjgray@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
               SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee
               for SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank,National Association as Trustee for
               SABR 2004-OP1 Mortgage Pass-Through Certificates, Series 2004-OP1 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :

EDWARD N   MURRAY
REGINA M   MURRAY

                                                        : Chapter 13

            Debtor(s)                : Bankruptcy No. 17-15558JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: November 6, 2019**